IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MATTHEW ALLEN,** | **3:11-CV-00218-PK** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **STATE OF OREGON; DON MILLS,** Superintendent; **LAINE IVERSON,** Captain; **LORI DAVIS,** Captain; **SONNY RIDER,** Captain; **DAREN DUFLOTH,** Lieutenant; **JAMES EDISON,** Lieutenant; **JOHN MYRIC,** Lieutenant; **CAMERON BAUER,** Corporal; and **TORRES,** Corrections Officer, | |
| Defendants. | |

Based on the Court's Order (#56) issued February 29, 2012, the Court **DISMISSES** this matter **without prejudice**.

IT IS SO ORDERED.

DATED this 29th day of February, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT